**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------
NADINE TOWNSEND,

                Plaintiff,

                                                No. 1:10-CV-1303
      v.                                      (GLS/DRH)

THE ROMAN CATHOLIC DIOCESE OF
ALBANY COUNTY; CATHOLIC CHARITIES,
INC.; ST. PETER'S HOSPITAL; and
HOMELESS AND TRAVELERS AID SOCIETY,

                Defendant.
-----------------------------------------------------------------

**APPEARANCES:**

NADINE TOWNSEND
Plaintiff pro se
911 Central Avenue, #329
Albany, New York   12206

**DAVID R. HOMER**
**U.S. MAGISTRATE JUDGE**

### REPORT-RECOMMENDATION and ORDER

      Plaintiff pro se Nadine Townsend ("Townsend") commenced this action on October 28, 2010, under 42 U.S.C. § 1983 alleging violations of her civil rights.  Dkt. No. 1.  The complaint fails to satisfy the basic pleading requirements established by the Federal Rules of Civil Procedure,  In an order filed November 17, 2010, this Court directed Townsend to file an amended complaint that fully complies with Fed. R. Civ. P. 8 and 10.  Dkt. No. 3.  Townsend has failed to file an amended complaint.  Accordingly, since this action cannot proceed in the absence of Townsend's submission of a sufficient complaint, it is hereby

      **RECOMMENDED** that Townsend's complaint be **DISMISSED** in its entirety without prejudice pursuant to Fed. R. Civ. P. 16(f)(1)(C) and 37(b)(2)(A)(v) for Townsend's failure to

comply with the Court's November 17, 2010 order; and it is hereby

**ORDERED** that the Clerk serve Townsend with a copy of this report-recommendation by regular mail and certified mail.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may lodge written objections to the foregoing report. Such objections shall be filed with the Clerk of the Court "within fourteen (14) days after being served with a copy of the . . . recommendation." N.Y.N.D.L.R. 72.1(c) (citing 28 U.S.C. §636(b)(1)(B)-(C)). **FAILURE TO OBJECT TO THIS REPORT WITHIN FOURTEEN DAYS WILL PRECLUDE APPELLATE REVIEW.** Roldan v. Racette, 984 F.2d 85, 89 (2d Cir. 1993); Small v. Sec'y of HHS, 892 F.2d 15 (2d Cir. 1989); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72, 6(a), 6(e).

Dated: February 1, 2011
       Albany, New York

_David R. Homer_
United States Magistrate Judge