UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

NADINE TOWNSEND,

                Plaintiff,           1:10-cv-1303
                                                      (GLS/DRH)
      v.

THE ROMAN CATHOLIC DIOCESE OF
ALBANY COUNTY; CATHOLIC CHARITIES,
INC.; ST. PETER'S HOSPITAL; and
HOMELESS AND TRAVELERS AID SOCIETY,

                Defendants.
_____

**APPEARANCES:**                      **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Nadine Townsend
Pro Se
911 Central Avenue, # 329
Albany, NY 12206

**FOR THE DEFENDANTS:**
NO APPEARANCE

**Gary L. Sharpe**
**District Court Judge**

## MEMORANDUM-DECISION AND ORDER

    Nadine Townsend brings this action under 42 U.S.C. § 1983 alleging

violations of her constitutional rights. (*See* Compl., Dkt. No. 1.) In an

Order issued November 17, 2010, Magistrate Judge David R. Homer found that Townsend's complaint failed to comply with the pleading requirements of Federal Rules of Civil Procedure 8 and 10, and accordingly directed Townsend to file an amended complaint. (*See* Dkt. No. 3.) On February 3, 2011, based on Townsend's failure to file an amended complaint, Judge Homer filed a Report-Recommendation and Order (R&R) recommending dismissal of the action.[1] (*See* Dkt. No. 6.) On February 24, 2011, the court granted Townsend's request for an extension to file objections. (*See* Dkt. Nos. 8, 9.) On March 1, 2011, the court notified Townsend a second time that her request for an extension had been granted. (*See* Dkt. No. 11.) Townsend has since failed to file any objections. For the reasons that follow, the R&R is adopted and Townsend's complaint is dismissed.

Before entering final judgment, this court routinely reviews all report and recommendation orders in cases it has referred to a magistrate judge. If a party has objected to specific elements of the magistrate judge's findings and recommendations, this court reviews those findings and recommendations de novo. *See Almonte v. N.Y. State Div. of Parole*, No.

---

[1] The Clerk is directed to append the November 17, 2010 Order and the February 3, 2011 R&R to this decision, and familiarity therewith is presumed.

2

04-cv-484, 2006 WL 149049, at *6-7 (N.D.N.Y. Jan. 18, 2006).  In those cases where no party has filed an objection, or only a vague or general objection has been filed, this court reviews the findings and recommendations of a magistrate judge for clear error.  *See id.*

In light of Townsend's failure to file objections to Judge Homer's R&R, the court has reviewed the R&R, and the Order upon which it is premised, for clear error.  Upon review for clear error, the court finds none and adopts Judge Homer's recommendations.

**WHEREFORE**, for the foregoing reasons, it is hereby

**ORDERED** that Magistrate Judge Homer's Report-Recommendation and Order (Dkt. No. 6) is **ADOPTED** and Townsend's complaint is **DISMISSED**; and it is further

**ORDERED** that the Clerk close this case and provide copies of this Memorandum-Decision and Order to the parties by regular and certified mail.

**IT IS SO ORDERED.**

May 23, 2011
Albany, New York

Gary L. Sharpe
U.S. District Judge

3